UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 0803
AMC/0842

**Order Filed on April 17, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Bowe, Shanet

Case No.: 18-31277

Chapter: 13

Judge: Jerrold N. Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew Carroll_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____18.77_____ for a total of $_____918.77_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*