Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–31277–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shanet Bowe
   aka Shanet Evelyn Bowe, aka Shanet E.
   Bowe
   3314 Hampton Court
   Mays Landing, NJ 08330

Social Security No.:
   xxx–xx–7163

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 4, 2019
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                            Case No. 18-31277-JNP
Shanet Bowe                                                       Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2         Date Rcvd: Dec 04, 2019
                              Form ID: 148               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +Shanet Bowe,    3314 Hampton Court,    Mays Landing, NJ 08330-3202
517835943      +Capital One,    Hyatt, Hyatt & Landau,    Two Industrial Way, PO Box 500,
                 Eatontown, NJ 07724-0500
517874054      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518147551      +Deutsche Bank National Trust Company, as Trustee,    KML Law Group, P.C.,
                 216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517835948      +Kay Jewelers,    PO Box 4485,   Beaverton, OR 97076-4485
517835949      +Macy's,    PO Box 40290-1108
517835950      +Specialized Mortgage Services,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 23:44:59    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 23:44:56    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517835941      +E-mail/Text: mary.stewart@abcofcu.org Dec 04 2019 23:45:33    Abco Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
517835942      +EDI: TSYS2.COM Dec 05 2019 04:18:00    Barclay's Bank Delaware,    PO Box 19899-8801
517835944       EDI: CAPITALONE.COM Dec 05 2019 04:18:00    Capital One,    Po Box 85015,   Richmond, VA 23285
517835945      +EDI: CAPONEAUTO.COM Dec 05 2019 04:18:00    Capital One Auto Finance,    PO Box 259407,
                 Plano, TX 75025-9407
517844415      +EDI: AISACG.COM Dec 05 2019 04:18:00    Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517854197      +EDI: AISACG.COM Dec 05 2019 04:18:00    Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
517943960       EDI: CAPITALONE.COM Dec 05 2019 04:18:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517835946       EDI: WFNNB.COM Dec 05 2019 04:18:00    Comenity Bank New York and Company,    PO Box 18278,
                 Columbus, OH 43218
517835947      +EDI: WFNNB.COM Dec 05 2019 04:18:00    Comenity Bank/TVS,    PO Box 182273,
                 Columbus, OH 43218-2273
517955366       EDI: Q3G.COM Dec 05 2019 04:18:00    Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
517889255      +EDI: MID8.COM Dec 05 2019 04:18:00    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518251425       EDI: NAVIENTFKASMSERV.COM Dec 05 2019 04:18:00    Navient CFC,    c/o Navient Solutions, LLC,
                 PO BOX 9640,    Wilkes-Barre, PA 18773-9640
518251427       EDI: NAVIENTFKASMSERV.COM Dec 05 2019 04:18:00    Navient FFELP TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517940448       EDI: PRA.COM Dec 05 2019 04:18:00    Portfolio Recovery Associates, LLC,
                 C/O Barclays Bank Delaware,    POB 41067,   Norfolk VA 23541
517949765       EDI: PRA.COM Dec 05 2019 04:18:00    Portfolio Recovery Associates, LLC,
                 c/o New York & Company,    POB 41067,   Norfolk VA 23541
517835951      +EDI: RMSC.COM Dec 05 2019 04:18:00    SYNCB/Old Navy,    PO Box 965036,
                 Orlando, FL 32896-5036
517838838      +EDI: RMSC.COM Dec 05 2019 04:18:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518272016*     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2019                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: Dec 04, 2019
                              Form ID: 148              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

```
          Andrew M. Carroll    on behalf of Debtor Shanet  Bowe AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```